DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JON A. GORDON,**
Appellant,

v.

**ALANNA G. LEONARD,**
Appellee.

No. 4D22-655

[November 23, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 502021DR008188.

Joseph A. Costello of Costello Law, LLC, Fort Lauderdale, for appellant.

Laura Davis Smith and Sonja A. Jean of Davis Smith & Jean, LLC, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***